```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

```
CHARLIE LEONARD,                   *
         Plaintiff                 *
vs.                                *
                                       CASE NO. 4:10CV60 (CDL)
RICKEY BOREN, et al.,              *
         Defendant                 *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation filed by the United States Magistrate Judge on November 30, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 23rd day of January, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE